UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 21 2017
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARK HANSHAW AND TYLER HALL, <br><br> Defendants. | Criminal No. 3:17CR81 <br><br> Violations: 18 U.S.C. § 2 <br> 18 U.S.C. § 922(g)(3) <br> 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Drug User in Possession of a Firearm – Aiding and Abetting)

On or about September, 2015, in Jefferson County, in the Northern District of West Virginia, defendant **MARK HANSHAW**, who is an unlawful user of and addicted to a controlled substance, that is heroin, and **TYLER HALL**, who is an unlawful user of and addicted to a controlled substance, that is heroin, aiding and abetting each other, did knowingly possess in and affecting commerce a firearm, that is a Taurus 38 Special, Serial Number FY58661, in violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(2) and 2.

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Paul T. Camilletti
Assistant United States Attorney