IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                     **Criminal No. 3:17CR81-1**

**MARK HANSHAW,**

    **Defendant.**

## NOTICE OF INTENT TO PLEAD GUILTY

Comes now, the Defendant, Mark Hanshaw, by and through counsel, Aaron D. Moss, Assistant Federal Public Defender, and files this notice of his intent to plead guilty to Count One of the Indictment. Mr. Hanshaw asks that the Court schedule a change of plea hearing for this matter at its earliest convenience.

                                                              Respectfully submitted,

                                                              **MARK HANSHAW,**
                                                              **By Counsel,**

                                                              /s/*Aaron D. Moss*
                                                              Aaron D. Moss (WV Bar # 12789)
                                                              Federal Public Defender Office
                                                              651 Foxcroft Avenue, Suite 202
                                                              Martinsburg, West Virginia 25401
                                                             Tel. (304) 260-9421
                                                             Fax. (304) 260-3716
                                                             E-Mail. Aaron_Moss@fd.org
                                                             *Attorney for Defendant*

**CERTIFICATION OF SERVICE**

  I hereby certify that on January 11, 2018, I electronically filed the foregoing, ***Defendant's Notice of Intent to Plead Guilty***, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Paul Camilletti, AUSA  
Office of the United States Attorney  
U.S. Courthouse  
217 W. King Street, Suite 400  
Martinsburg, WV 25401  

/s/*Aaron D. Moss*  
Aaron D. Moss (WV Bar # 12789)  
Federal Public Defender Office  
651 Foxcroft Avenue, Suite 202  
Martinsburg, West Virginia 25401  
Tel. (304) 260-9421  
Fax. (304) 260-3716  
E-Mail. Aaron_Moss@fd.org  
*Attorney for Defendant*